UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:25-mj-1108-LHP | DATE: | February 7, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | Rosa Ospina |
| UNITED STATES OF AMERICA v. AUDIAS LOPEZ RAMIREZ | | LANGUAGE: | Spanish |
| | | ASSISTANT U.S. ATTORNEY: | Brandon Cruz |
| | | DEFENSE COUNSEL: | Aziza Hawthorne |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME | 10:32-11:15 | PRETRIAL: | Juan Cabrera |
| | TOTAL: 43 minutes | | |
| | | COURTROOM: | 5D |

**PROCEEDINGS: DETENTION HEARING**

(✔) Case called; appearances taken; procedural setting by the Court.

(✔) Interpreter was sworn in.

(✔) Proffer of counsel.

(✔) Oral argument presented.

(✔) Court ( ) granted the motion for detention (✔) denied the motion for detention.

(✔) Order Setting Conditions of Release entered.